Michael H. Meyer, Esq. #82336
Chapter 13 Standing Trustee
Sarah R. Velasco, Esq. #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518
E-mail: noticing@meyer13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ROBERT JAMES ODAY<br>XXX-XX-4732<br>ANNA KATHRIN ODAY<br>XXX-XX-0899<br><br>Debtors | CASE NO. 23-12081-A-13F<br><br>DC NO.: MHM-1<br><br>CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>DATE: November 30, 2023<br>TIME: 9:30 am<br>PLACE: U.S. Courthouse<br>           5th Floor, Dept A, Courtroom 11<br>           2500 Tulare Street<br>           Fresno, CA 93721<br>JUDGE: Hon. Jennifer E. Niemann |

**Michael H. Meyer**, Chapter 13 Trustee in the above referenced matter, objects to confirmation of the Chapter 13 Plan filed on September 19, 2023, on the following grounds:

## I.

## **BASIS OF OBJECTION**

**1. The Debtors have not filed all applicable tax returns required by [11 U.S.C. §1325(a)(9)]**

According to the Internal Revenue Service proof of claim (Claim No. 6), Debtors have not filed tax returns for 2019, 2020, 2021, and 2022. The tax returns need to be filed and copies of the returns needs to be provided to the Trustee.

**2. The plan does not provide for all of Debtors' projected disposable income to be applied to unsecured creditors under the plan. [11 U.S.C. §1325(b)(1)(B)]**

According to Schedules A/B and D, Bruce Persson holds a deed of trust against Debtor's

residence in the amount of $198,000.00. Bruce Persson is provided for in Class 2 of the plan to be paid $198,000.00 at $3,300.00 per month. Bruce Persson filed a proof of claim on October 23, 2023. According to the proof of claim attachments, the note is fully due and payable. The 122C-2 Line 9b fails to deduct the secured debt of Bruce Person resulting in a mortgage expense deduction of $1,508.93 on line 9c. Debtors also deduct the entire deed of trust owed to Bruce Persson on Line 34 in the amount of $3,300.00 ($198,000.00/60).

## II.

## POINTS AND AUTHORITIES

11 U.S.C §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes. Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan complies with the statutory requirements of confirmation. In re Arnold and Baker Farms, 177 B.R.648, 654 (9th Cir. BAP 1994), In re Warren, 89 B.R. 87, 93 (9th Cir. BAP 1988), In re Wolff, 22 B.R.510, 512 (9th Cir. 1982).

**WHEREFORE**, the Trustee requests that the Trustee's objection to confirmation of the plan be sustained.

DATED: 11/01/2023                        Respectfully submitted,
                                                 /s/Michael H. Meyer
                                                 Michael H. Meyer, Chapter 13 Trustee