3
Nanette M. Beaumont, #210898
Gregory M. Chappel, #112907
Leah Zabel, #289051
JAMISON CHAPPEL & BEAUMONT
49430 Road 426, Suite F
P.O. Box 517
Oakhurst, California 93644
Telephone:    (559) 683-2950
Facsimile:    (559) 683-2975
Email:        legal@oakhurstlaw.com

Attorneys for Creditor, Bruce Persson

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE:<br><br>ROBERT JAMES O'DAY, and<br>ANNA KATHRIN O'DAY,<br><br>        Debtors. | Case No.    23-12081-A-13<br>Chapter:    13<br>NMB - 1<br><br>Hearing: Confirmation Hearing<br>Date:    November 30, 2023<br>Time:    9:30 am<br>Place:    Courtroom 11, 5th Floor<br>          2500 Tulare Street<br>          Fresno, CA 93721 |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO DEBTOR, DEBTOR'S ATTORNEY, AND ALL OTHER INTERESTED PARTIES:

        Creditor, Bruce Persson ("Persson"), a secured creditor, by and through counsel, Jamison Chappel & Beaumont, respectfully submits his objection to confirmation of Debtor's Chapter 13 Plan.

## I.

## INTRODUCTION

Persson objects to the confirmation of the Debtor's Chapter 13 Plan on the basis that such plan fails to meet the requirements set forth in 11 U.S.C. Section 1325. Specifically, the Chapter 13 Plan fails to comply with Section 1325(a)(1) in that it fails to comply with the applicable provisions of title 11 and the Bankruptcy Rules.

On or about September 19, 2023, Robert James O'Day and Anna Kathrin O'Day ("Debtors"), filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code. Michael H. Meyer was appointed as the Chapter 13 trustee. Debtors scheduled certain real property commonly known as 33060 Blue Vista Court, Coarsegold, Madera County, California 93614 (APN 054-305-024) as property of the estate. Said Property upon which Persson has a deed of trust, was in foreclosure at the time of the Bankruptcy filing. On or about September 19, 2023, Debtors filed their Chapter 13 Plan, which proposes to pay $198,000.00 in arrears without including foreclosure costs and delinquent defaulted property taxes advanced and paid by Persson.

## IL

## LEGAL ARGUMENT

1. Persson's secured creditor's claim relates to the real property located at 33060 Blue Vista Court, Coarsegold, Madera County, California 93614 (APN 054-305-024) (hereinafter "the Property"). Persson's Secured Claim includes arrears in the amount of $210,590.19. (Beaumont Declaration ¶ 3.) In accordance with 11 U.S.C. §1322(b)(5), the plan fails to properly provide for Persson's secured claim. (RFJN, Exhibit A.) Persson objects to the

Debtor's plan on the grounds that it does not provide for either accurate value and/or for the curing of the arrears. (RFJN, Exhibit B.)

2. The Plan fails to properly provide for payment of Debtors' delinquent taxes for the Property. (Declaration of N. Beaumont, Exhibit A)

3. The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is the debtor's principal residence without providing how the debtors will be able to make payments and comply with the Plan.

### III.

### CONCLUSION

The Chapter 13 Plan proposed by Debtors must provide for Persson's claim and address the foregoing Objections in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtors' proposed Chapter 13 Plan be denied.

WHEREFORE, Persson respectfully requests that:

1. Confirmation of Debtors' Chapter 13 Plan be denied; or, in the alternative,

2. Debtors' Plan be amended in accordance with this Objection.

3. For other such relief as the Court deems just and proper.

Dated: November 6, 2023.                                JAMISON CHAPPEL & BEAUMONT

/s/ Nanette M. Beaumont

By: _____
Nanette M. Beaumont, Attorneys for
Creditor, Bruce Persson