Stephen Labiak (SBN: 267138)
Law Offices of Stephen Labiak
1222 West Shaw Avenue
Fresno, California 93711
Tel: (559) 274-5145
E-Mail: Stephen@labiaklaw.com

Attorney for: Debtors

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

Robert James Oday
Anna Kathrin Oday

　　　　　Debtor

Case No: 23-12081-A-13

DCN: NMB-1

Response to Objection to Confirmation by Creditor Perrson

Date: November 30, 2023
Time: 9:30
Place: U.S. Courthouse
　　　　5th Floor, Dept A, Courtroom 11
　　　　2500 Tulare Street
　　　　Fresno, Ca 93721
Judge: Hon. Jennifer E. Niemann

　　Debtor responds to the Objection of Creditor Perrson as follows.

　　Objection was filed by creditor Perrson based on the amount thought by Debtors owed to Perrson and the amount of the claim filed by Perrson. Debtors are willing to stipulate to an increase in the monthly dividend to creditor Perrson from $3300 to $3509.84 and an increase in the total monthly payment to $4626.18 effective month one. This would satisfy the objection of Perrson and pay all required claims according to the plan and the claims filed so far.

**Conclusion:**

　　As all the issues raised in the objections have been satisfied, debtors ask for this court to approve the plan with the changes made in the order confirming to satisfy the claim of Perrson. As there are no further issues, Debtor would ask the plan to be confirmed.

DATED:　　November 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stephen L. Labiak
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtors.